# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **SVV TECHNOLOGY INNOVATIONS INC.** | § § § | |
| *Plaintiff*, | § § | |
| | § | Civil Action No. 6:22-cv-511-ADA |
| v. | § | Civil Action No. 6:22-cv-512-ADA |
| | § | Civil Action No. 6:22-cv-513-ADA |
| **MICRO-STAR INTERNATIONAL CO., LTD.** | § § | **JURY DEMANDED** |
| | § | |
| *Defendant*. | § | |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), Plaintiff SVV Technology Innovations Inc. ("SVVTI") and Micro-Star International Co., Ltd. ("MSI" or "Defendant") hereby stipulate to dismissal of all claims by SVVTI with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

September 21, 2023                         Respectfully submitted and agreed to,

<div style="margin-left: 2em;">

<u>*Robert D. Katz*</u>
Robert D. Katz
Texas Bar No. 24057936
Katz PLLC
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
214-865-8000
888-231-5775 (fax)
rkatz@katzfirm.com

**Attorney for Plaintiff**
**SVV Technology Innovations Inc**


By:  <u>*/s/Bijal V. Vakil*</u>
Bijal V. Vakil
(*admitted to the Western District of Texas*)
**ALLEN & OVERY LLP**
550 High Street, 2nd Floor
Palo Alto, CA 94301
Telephone: (650) 388-1703
bijal.vakil@allenovery.com

*Attorneys for Defendant*
*Micro-Star International Co. Ltd.*

</div>